OPINION — AG — (1) THE PROVISIONS OF 47 O.S. 1980 Supp. 2-307(C) [47-2-307], DOES NOT PERMIT CREDIT FOR MILITARY SERVICE PRIOR TO MEMBERSHIP. (2) WHEN A WIDOW OR WIDOWER DIES OR BECOMES IN ELIGIBLE THROUGH MAY OTHER MEANS DURING A MONTH, PAYMENT IS DUE FOR THE PARTIAL MONTH. CITE: 25 O.S. 1971 23 [25-23], 47 O.S. 1980 Supp. 2-300 [47-2-300], 47 O.S. 1980 Supp. 2-306 [47-2-306], 47 O.S. 1980 Supp. 2-306.1 [47-2-306.1], 47 O.S. 1980 Supp. 2-307(C) [47-2-307], (CREDITATION OF MILITARY LEAVE, SURVIVING SPOUSE BENEFITS, RETIREMENT) (C. ELAINE ALEXANDER)